# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 17-MJ-4196 |
| COURTNEY PERRY | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* COURTNEY PERRY ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Convicted felon in possession of a firearm, in violation of Title 18, United States Code, Sections 922(g)(1) & 924.

Date: 09/27/2017

*Issuing officer's signature*

City and state: NASHVILLE, TN

Alistair Newbern, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 9-27-17, and the person was arrested on *(date)* 9-29-17
at *(city and state)* NASHVILLE, TN .

Date: 9-29-17

*Arresting officer's signature*

Deon Bryan Osborne
*Printed name and title*